The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL HORWITZ, DAVID LAYTON, RICHARD JOHNSON, and a class of similarly situated individuals, Plaintiffs,

v.

UNIVERSITY OF WASHINGTON, an agency of the STATE OF WASHINGTON, Defendant.

No. 2:22-cv-01555 BJR

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

THIS MATTER came before the Court on Defendant University of Washington's Motion to Dismiss Complaint (the "Motion").  The Court, having considered the papers submitted in support of and in opposition to the Motion, finds that the Motion should be granted with prejudice.

Now, therefore, it is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED with prejudice.  It is further ordered: _____

_____.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT
(2:22-cv-01555 BJR)

ROPES & GRAY LLP
10250 CONSTELLATION BOULEVARD
SUITE 1750
CENTURY CITY, CA 90067-6257
T +1 310 975 3300 · F +1 310 975 3400