The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL HORWITZ, DAVID LAYTON, RICHARD JOHNSON, and a class of similarly situated individuals, Plaintiffs,

v.

UNIVERSITY OF WASHINGTON, an agency of the STATE OF WASHINGTON, Defendant.

No. 2:22-cv-01555 BJR

**DECLARATION OF AMY JANE LONGO IN SUPPORT OF DEFENDANT UNIVERSITY OF WASHINGTON'S MOTION TO DISMISS COMPLAINT**

I, Amy Jane Longo, declare under penalty of perjury and hereby swear as follows:

1. I am one of the attorneys representing Defendant University of Washington in the above-captioned matter. I am competent to testify to the matters stated in this declaration.

2. Attached hereto as Exhibit A is a true and accurate copy of the University of Washington Retirement Plan (UWRP) Amended and Restated, Effective January 1, 2019 and First Amendment thereto.

3. Attached hereto as Exhibit B is a true and accurate copy of the University of Washington Voluntary Investment Program (VIP) Amended and Restated, Effective January 1, 2019 and First Amendment thereto.

4. Attached hereto as Exhibit C is a true and accurate copy of the publicly available

///

DECLARATION OF
AMY J. LONGO - 1
(2:22-cv-01555 BJR)

ROPES & GRAY LLP
10250 CONSTELLATION BOULEVARD
SUITE 1750
CENTURY CITY, CA 90067-6257
T +1 310 975 3300 · F +1 310 975 3400

University of Washington Human Resources, UW Retirement Plan website, which can be found at https://hr.uw.edu/benefits/retirement-plans/uw-retirement-plan/.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2022
          Los Angeles, California

                                              *Amy Jane Longo*
                                              Amy Jane Longo

DECLARATION OF
AMY J. LONGO - 2
(2:22-cv-01555 BJR)

ROPES & GRAY LLP
10250 CONSTELLATION BOULEVARD
SUITE 1750
CENTURY CITY, CA 90067-6257
T +1 310 975 3300 · F +1 310 975 3400