# EXHIBIT C

University of Washington Human Resources

# UW Retirement Plan

With the UW Retirement Plan (UWRP), each dollar you contribute is fully matched by the UW, and you get to choose your funds with the help of Fidelity Investments, the nation's largest investment management firm and provider of workplace retirement plans.

As a 403(b) defined contribution plan, you make tax-deferred contributions that lower your taxes today and allow your investments to grow tax free until retirement. All the money in your account, including matching funds, is immediately vested, which means it's yours to keep wherever your career takes you.

## Eligibility

If you meet the eligibility criteria, you must participate in a retirement plan as a condition of employment. Faculty, professional staff, librarians, and academic staff who are working at least 50 percent of full time in an eligible appointment for at least 6 months are eligible to participate in UWRP.

UWRP isn't the only retirement plan option for eligible employees. Instead, you can choose to participate in either the TRS 3 retirement plan (if you're faculty) or the PERS 3 retirement plan (for all other employment types). This choice must be made within 30 days or you will be defaulted into UWRP.

Classified staff generally aren't eligible for UWRP. One exception is newly hired staff who participated in a plan similar to UWRP at another Washington university or college.

Contact the Integrated Service Center if you're unsure about your eligibility for UWRP.

## Enroll

Participating in UWRP is a two-step process:

**Step 1 (within 30 days):** If you are eligible to participate in the UWRP as a new hire, retirement elections are made in Workday.

For step-by-step instructions on making retirement plan elections, reference this Benefits Enrollment – Retirement – Faculty and Professional Staff user guide. If you are eligible to change retirement elections because of a change in employment, the ISC will contact you directly.

Newly eligible employees have 30 days to complete this step in Workday.

**Step 2:** To make your investment election and beneficiary designations to your UWRP account, you need to enroll through Fidelity Investments. Once you enroll, both your contributions and UW's matching contributions will begin.

## After 30 days

In the event you did not elect a retirement plan within 30 days of becoming eligible, you will default into UWRP.  At this point, your contributions won't start automatically.  To start your contributions you need to enroll through Fidelity Investments, where you can make your investment elections and designate a beneficiary or beneficiaries.  If you have taken no action, after 2 years your UWRP contributions and UW match will begin automatically and be deposited into the default retirement fund.

# Contributions

Every dollar you contribute to UWRP is fully matched by UW. This doubles the amount you save for retirement through UWRP.

Your contribution rate is a percentage of your gross salary, as shown in the table below. While you can't change your contribution rate, it does increase as you get older. Expect to see the adjustment to your contribution rate on the pay period following your birthday. For example, someone who is turning 50 on June 14 would see their contribution rate change on their July 10 paycheck. You won't see the matching contribution on your paycheck, but you can find it by accessing your UWRP account online.

| Your age | Your contribution | UW match | Total |
|---|---|---|---|
| Under 35 | 5% | 5% | 10% |
| 35+ | 7.5% | 7.5% | 15% |
| 50+[1] | 10% | 10% | 20% |

*1- When you reach age 50 your contributions automatically increase to 10%. You have the option to decrease your UWRP contributions to 7.5%. To make this change login to your Fidelity account or contact Fidelity at (800) 343-0860.*

## Salary maximum

If you were hired on or after July 1, 1996, and your salary is above the IRC annual compensation limit, your contribution is calculated based on the IRC maximum salary amount. The Internal Revenue Service (IRS) periodically adjusts the annual compensation limit on which contribution calculations are based.

For the 2022 plan year the IRC annual compensation limit is $305,000. For the 2023 plan year, the limit will increase to $330,000.

Employees hired before July 1, 1996, are not subject to the IRC annual compensation limit for contribution calculation.

## Investment options

What's your approach to investing for retirement? Whether you're a hands-on investor or you prefer a simpler target-date fund, with UWRP you'll find funds that match your investing style and goals. Better yet, you don't have to be an expert to figure out which option is best for you.

Get started by reviewing the UWRP plan details and investment options then get in-person guidance by meeting with a Fidelity representative.

## IRS contribution limits

A big part of successfully saving for retirement is knowing how your retirement plan affects your taxes. Each year, the Internal Revenue Service (IRS) sets contribution limits for 403(b) retirement plans. While these limits are generous, make sure your retirement contributions don't exceed them.

If you have both a UWRP account and a UW Voluntary Investment Program (VIP) account you need to make sure the combined total of all contributions (including the employer match) from both plans don't exceed the IRS annual limits. This is because both are 403(b) plans and the IRS combines all your 403(b) plans for your annual limit.

The 2022 Annual Additions limit is $61,000 ($66,000 for 2023), and for those age 50 or greater $67,500 ($73,500 for 2023). This limit includes all your UWRP contributions, the UW match to UWRP, and all contributions made to the VIP (Traditional and Roth).

Additionally there is a limit on you employee elective contributions which include your VIP contributions (Traditional and Roth) and ,if you are age 50 or greater contributing 10%, the 2.5% elective contribution to UWRP. The employee elective contribution limit for 2022 is $20,500 ($22,500 for 2023), and for those age 50 or greater the limit is $27,000 ($30,000 for 2023).

## Loans

You can't take out a loan from your UWRP funds or otherwise access your funds while you're working at UW. You can only access your funds when you're leaving your job at UW or retiring from UW.

You can, however, take out a loan from your contributions to the UW Voluntary Investment Plan, if you participate in it.

## Leaving UW before retirement

When your employment at UW ends, you keep all the funds in your retirement plan including the matching funds that UW contributed.

You have the option to either keep your funds in your UWRP account or transfer your funds to another eligible retirement plan through a direct rollover. Contact Fidelity Investments if you want to transfer your UWRP funds.

You also have the option to withdraw your funds completely. However, in addition to decreasing your retirement savings, the Internal Revenue Service requires you to pay income tax on that money plus an additional 10 percent early distribution tax.

## Retiring from active UWRP participation

Please see UWRP: Preparing to retire for information about retiring from active UWRP plan participation.

## Fund review committee

The UWRP Fund Review Committee is a standing committee defined in the plan document and authorized by the UW Board of Regents. The Committee has a fiduciary role in regard to UW retirement plans and is charged with operating exclusively in the best interests of the participants. Learn more about the Fund Review Committee responsibilities and membership.