**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 17, 2023

King County Superior Court
516 Third Avenue E609
Seattle, WA 98104

RE: *Horwitz et al v. University of Washington*
Case #2:22–cv–01555–BJR

Dear Clerk:

Please find enclosed the certified copy of Judge Barbara J. Rothstein's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 22–00002–15374–1 SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____


Thank you in advance for your cooperation and assistance.

Sincerely,

s/Serge Bodnarchuk,
*Deputy Clerk*


Enclosures